UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

DAVID PAKTER,

                                        Plaintiff,

                 -against-                        **NOTICE OF MOTION**

NEW YORK CITY DEPARTMENT OF EDUCATION f/k/a BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF NEW YORK; and JOEL I KLEIN, as Chancellor of the CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

08-CV-7673 (DAB)(KNF)

                                        Defendants.

---------------------------------------------------------------------- x

       **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Larry R. Martinez, dated October 19, 2008, the Defendants' Memorandum of Law in Support of their Motion to Dismiss, dated October 19, 2008 and all papers and proceedings heretofore had herein, defendants the New York City Board of Education ("DOE") and Joel I. Klein, as Chancellor of the New York City Board of Education in the captioned action, will move this Court, before the Honorable Deborah A. Batts, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an order pursuant to Rule 12(b)(1), (2), (4), (5), and (6) of the Federal Rules of Civil Procedure for judgment dismissing the Complaint in its entirety and for such other and further relief as the Court may deem just and proper.

       **PLEASE TAKE FURTHER NOTICE THAT**, pursuant Local Civil Rule 6.1(b), answering papers, if any, must be served upon the undersigned within ten business days

after service of defendants' moving papers, and reply papers, if any, will be served upon the plaintiff within five business days after service of the answering papers.

Dated:      New York, New York
            October 19, 2008

**MICHAEL A. CARDOZO**
Corporation Counsel of the
   City of New York
Attorney for Defendants
100 Church Street, Room 2-314
New York, New York 10007
(212) 227-3153
 lmartine@law.nyc.gov

By:    **ECF         /s/**
       Larry R. Martinez
       Assistant Corporation Counsel

TO:   **JOY HOCHSTADT, ESQ.**
      Attorney for Plaintiff
      3000 Central Park West, Suite 2E
      New York, New York 10024
      (212) 580-9930