

**DISTRICT ATTORNEY
OF THE
COUNTY OF NEW YORK
ONE HOGAN PLACE**
New York, N. Y. 10013
(212) 335-9000

**ROBERT M. MORGENTHAU**
District Attorney

David Pakter
900 Park Avenue
New York, NY 10021

January 18, 2005

Dear Mr. Pakter:

    Your complaint, filed at the New York County District Attorney's Office on Thursday, January 6, 2005, regarding Madeline Apelle, has been referred to me. Thank you for bringing this matter to our attention.

    Your complaint will be kept on file should any related complaints come to the attention of the Office. At this time, however, the Office has declined to initiate a criminal investigation and recommends that you continue working with your civil attorney. If you have additional information about alleged misconduct by Ms. Apelle, or other employees at the High School of Art and Design, you may wish to contact the Special Commissioner of Investigation for the New York City School District at (212)510-1550.

    Again, we appreciate your informing us of this problem, and we hope that the matter is resolved to your satisfaction through other channels.

Sincerely,

Leroy Frazer, Jr.
Assistant District Attorney
Chief, Special Prosecutions Bureau

By: *V. Zane Bundy*
Virginia Zane Bundy
Trial Preparation Assistant

LFJ:jm