

Indeed, the **website of the Special Commissioner** gives misinformation to those who would whistleblow their school or anyone who works there, by stating:
*"Whether you work in the system, are a parent, a taxpayer, or a concerned individual, if you suspect wrongdoing at your local public school or elsewhere within the New York City Department of Education, contact us. Your identity can be kept confidential and City employees are protected against retaliation in the workplace."*

This statement traps many. Ask yourself this question: "If I say something about the wrong-doing, and there is retaliation against me, what options to I have to remedy this situation, if I am fired, re-assigned, harmed, or my family is harmed?" Answer: "If you do not have a $trillion dollars or a friend in the Governor's office, your options to fight the retaliation that will be forthcoming are few. Find a national reporter who will expose your school, instead".

As I have written in an earlier post, "**News To Use**", if you go to the City's Payrolls and type in Richard Condon's name, you weill find that he is paid by the "Department of Education, Administration", the same budget line that pays for Joel Klein and the Parent Coordinators, for starters. I spoke with an employee of DOI at 80 Maiden Lane, and he told me that everyone who works there is very angry that they are not allowed on the floor that Richard Condon's office is located on. See also my previous post, "**Workplace Investigations: NYC Employees are in Danger**"

We now know the kind of work that Richard Condon takes pride in:

**New York City Teacher Theodore "Teddy" Smith and the Perfect Storm of Injustice**



Theodore "Teddy" Smith Wins His NY State Supreme Court Appeal To Overturn Arbitrator Howard Edelman's 3020a Decision and Award
by Betsy Combier, Editor, Parentadvocates.org
**LINK**

**New York State Supreme**

September Panel For educational Policy meeting, showing Betsy Combier and Polo Colon). As captive of this euphemistically named "temporary reassignment center", or "TRC", some have entered into depression of various depths and intensity, so much so, that some even entertain thoughts of suicide. Others can no longer sleep well anymore and their personalities have changed so dramatically that their relationships with others have been negatively affected. Marriages have collapsed while a spouse is imprisoned in a TRC, simply because of emotional instability caused by the restrictions in the room. Rubber Room inmates have squabbled with one another as they have become both more defensive and more paranoid than ever. As undiagnosed newly paranoid schizophrenics, the damage done by the demoralization of being subjected to this psychological atrocity is manifested and/or responded to in diverse ways. Some good and well-meaning victims of this incredibly dastardly plan called "reassignment" have answered back with apathy and a sense of futility in a mental mode resigned to allow whatever happens to happen, which usually means that they get "done in" , in due time, by Principals in collusion with the Department of Investigation, who always come up with 'evidence' and 'witnesses' that are never verified. And on a whim from these incompetent administrators-gone-wild, the Rubber Rooms are over-flowing with victims from a system that chews them up and spits them out, so much so that the latest reports are that they (the DOE) are now keeping teachers at their schools, while awaiting hearings on incompetence charges, because they have run out of room in the Rubber Rooms.

**Must-read Links**

**Court Judge Alice Schlesinger** throws out **arbitrator Howard Edelman**'s decision to punish excellent teacher Teddy Smith because, she writes, **"Mr. Smith is challenging the decision and penalty...of the disciplinary process and finally and most importantly the performance of the second Arbitrator who decided the controversy based solely on the transcript of the proceedings before the first Arbitrator, thereby violating his due process right to a fair and impartial hearing......It is fundamental to the fact finding process to be present when testimony is given, testimony which constitutes the evidence upon which the determination will be made...When an individual is denied fundamental due process, an argument that substantial evidence supports the decision is irrelevant."**

NYC public school teacher Teddy Smith has fought City Hall since 2004 and has won a small but precedent-setting battle against Mayor Michael Bloomberg, Joel Klein, Richard Condon, and New York media who blindly follow the directives of the Special Commissioner and publish false information in order to "get" someone. Anyone. It could be *you* next time. Teddy refused to give up clearing his name and preserving his future. We salute him.

Theodore (Teddy) Smith was born and raised in Suffern, New York and graduated from Hampshire College with a BA degree, Goddard College with an MA, attended Sarah Lawrence as a special student, and has a BS degree from Empire State College, an obtained certification as a School Administrator from Fordham University. He has lived in New York City for over fifteen years.

He currently works as a account manager and on-air personality working afternoon drive for Central Broadcasting in Worchester County, Massachusetts; on-air personality for WGHT in North Jersey; WTBQ AM/FM in Orange County, NY, and WPAT Multi-cultural Broadcasting in New York. He has also worked full-time in New York City for the Department of Education as a physical education and health teacher, currently with a Supervisory Administrator's License (SAS), with "satisfactory" service for over ten years, with tenure in 1999. Concurrently, Mr. Smith taught part-time for the United Nations After-school Program as a physical education and martial arts teacher for thirteen years.

Teddy was harassed into teaching a part-time gym class with more than 65 children (often almost 100 at one time) at The Museum School on West 17th street in Manhattan. He also has a heart condition for which he asked his Principal (Lindley Uehling) to be accommodated – although he was and is able to perform his job - but was turned down and his needs were

- David Pakter, a NYC Teacher and Whistleblower of the NYC Board of Education's Corrupt Practices, Sues in Federal Court
- Dear Parents, the NYC Public school of your choice has no room. Sorry
- Ed Fagan, Soon-to-Be Disbarred Attorney, Sues the NYC BOE, UFT, Everyone Else, on Behalf of Staffers in the "Rubber Rooms"
- Editorial: The New York City Department of Education is a Sham and Mike Bloomberg is the Flim-Flam Man
- Edward D. Fagan is Disbarred in New York
- NYC Teacher Teddy Smith and the Perfect Storm of Injustice
- Parentadvocates.org
- Teddy Smith Wins His 7511 Appeal
- The "Who Are You Kidding??" Award Goes To: Joel Klein, New York City Board of Education Pretender
- The A For Accountability Award
- UFT Asserts it May Sue City



Betsy at work, UFT

**Joel Klein, the "pretend" chancellor**

**The "Who Are You Kidding??" Award Goes To: Joel Klein, New York City Board of Education Pretender**