SEARCH BLOG | FLAG BLOG | Next Blog»    Create Blog | Sign In

# NYC Rubber Room Reporter

A close-up look at teacher re-assignment issues and the people who have been, are now, or will be affected by the City of New York and the New York City Board of Education policies of corruption and fraud.

SUNDAY, JANUARY 18, 2009

## Investigating the Investigators and the Gill Commission Final Report



For many years I have looked for the two investigative reports published in March and April 1990 on the corruption inside New York City public schools, aided by the incompetency of the Inspector General Michael P. Sofarelli.

**Betsy Combier**



Advocate

### "Rubber Room"

(1) a space where a worker subject to a disciplinary hearing or other administrative action waits and does no work; generally, a place or personal mind-set of isolation. (2) a literal reference to a padded cell, which is, according to the New Oxford American Dictionary, "a room in a psychiatric hospital with padded walls to prevent violent patients from injuring themselves." from Double-Tongued Dictionary
http://www.doubletongued.org/index.php/dictionary/rubber_room/





NYC Police Commissioner Ray Kelly

On January 12, 2009, I decided to stop in the **Municipal Library** (see picture above) at 31 Chambers Street (corner of Centre and Chambers, directly accross the street from the Manhattan Courts and inside the building of the Manhattan Surrogate Court) and see if I could copy the two books that have not, to my knowledge, been posted online: "**Investigating the Investigators: A Report on the Office of the Inspector General of the New York City Board of Education**"; and, "**Findings and Recommendations Of The Joint Commission On The Integrity In the Public Schools**". I was given the approval to copy both reports, and I have made both available in this article on my website:

**Two Reports, "Investigating The Investigators", and 'The Gill Commission Report' (1990) Dont Improve New York City Public Schools**

These two reports are eye-openers for new parents and teachers and NYC BOE employees, but to old-timers in the system, the names of the people in these reports are well-known. No one who works for the "system" is ever gone for long. A report on **the sex crimes of Jerry Olshaker and the cover-up by Howard Tames** in the NYC BOE Personnel office is worth reading. And look at **Bruce Irushalmi**.

James Gill, the father of NYC Commissioner of the Department of Investigation (Rose Gill Hearn, at right), was appointed chair of



### "Rubberization"

The word "rubberization" is a new word that is used to describe the process of assigning and paying people to sit and do nothing in a drab room away from their place of employment while their employers **make up charges** that allege sexual or corporal misconduct without any facts upon which to base the allegation on.



### The Re-Assignment Overview by Betsy Combier

The New York City Board of Education decided in 2002 to rid the public school system of staff who interfered with their takeover and control. **The criteria for a "good teacher" is now, more often than not, a "silent teacher", a person** who never asks questions, is younger than 40, is making a salary below $50,000, does not care about kids and what they learn, or whether or not money (books, supplies, equipment, etc) is missing.

the Joint Commission On Integrity in the Public Schools in 1989. He was a superb investigator, and produced the two best reports on public corruption that I have ever read. He recommended the removal of Michael P. Sofarelli, the Inspector General of the NYC Board of Education (who, after leaving the NYC BOE, Eliot Spitzer hired to investigate Medicaid fraud. He retired in 2003, and in 2005 Pataki started a new effort to rein in the Medicaid mess).

Ed Stancik (pictured at right) was the first Special Commissioner of Investigation, and he was **ruthless** in his independence from anyone. (See the **report on former District 29 Superintendent Celeste Miller**).



**Both Rose Gill Hearn and Mayor Bloomberg didn't like this**, so in 2002, after Mr. Stancik's death, Mayor Bloomberg changed Executive Order 11 which created the position of Special Commissioner to **EXECUTIVE ORDER NO. 15**, which allowed a person who was NOT an Attorney to have the job. Newspapers were told to write about **how Ed purged schools unnecessarily**, and created a 'witch hunt'...but Richard Condon, his successor, has created something much worse, and is commended.

(From left to right) Special Commissioner of Investigation Edward Stancik, District Attorney Richard Brown, and Schools Chancellor Harold Levy announced the indictments of six individuals in what has been called "the fleecing of District 29.

Rose Gill Hearn then appointed her dad's friend Richard Condon. Both Mayor Bloomberg and Rose Gill Hearn made it clear that the investigators had to be under their control. SCI is, therefore, an agency that is not independent of the NYC BOE, despite statements from the investigators and Mr. Condon that they are not controlled by Joel Klein.

When a teacher or staff member of a school dares to do the right thing and speaks out about wrong-doing - this person is often called a "whistleblower" or "flamethrower" - or, simply is not liked for any reason by the Principal/NYC personnel, suddenly he/she is accused of something by somebody ("given a label of "A", "B", "C", and so on) and whisked away to a drab room called a temporary re-assignment center or "rubber room". Members of the offices of the Special Commissioner of Investigation or the Office of Special Investigations then start work on building a case against the person to justify their being thrown in prison, declared "unfit for duty", or, as Mr. Joel Klein has said, characterized as "guilty of sexual activities and corporal punishment" against the children of New York City. The stories of the people I have met who sit every day in the 8 rubber rooms of NYC prove to me that Mr. Klein is very wrong about his assessment, and this blog is created to prove it to you.



**Commentary on the NYC Rubber Rooms by Polo Colon**

Teachers Imprisoned In "Rubber Rooms" by Polo Colon
For years, teachers have been dreading the specter of having been relegated to the rendition of persona non grata personified in the **prisoner-in-the-rubber-room condition** (video produced by Norm Scot at the