own testimony that put her in gross violation of the United Federation of Teachers contract, putting the students in jeopardy with safety issues by ordering Mr. Smith to teach the oversized classes.

17) Smith wrote letters of complaint to Mayor Michael Bloomberg, and Chancellor Joel Klein, and his complaints were responded to by sending Mr. Smith to the Teachers Reassignment Center, notoriously known and vehemently written against about in the press, as "The Rubber Room," located at 333 Seventh Avenue, 8th Floor, in New York City.

Read **Investigating the Investigators** (86 pages) and **Findings and Recommendations of the Joint Commission** and you will see how the system "works", even today. In fact, the corruption and fraud that you can read about in these documents are nothing compared with what is going on right now, in the hallways, offices, and closets of our public schools by administrators of the "new" Board of Education, nicknamed the "Department of Education" so that people are misled into thinking that Mayor Bloomberg legally changed the name. He didn't. We dont have any school board to complain to.

Teachers for the most part see and hear everything that goes on in a school building. Administrators who want to hide something try their best to harass those who work in their building so that no one tells anyone anything.

Teachers know that they are "mandated reporters" and **must report what they see and hear**, or they will be punished. The sad irony here is that teachers who report wrong-doing are punished, if the Principal has not been given a directive to do otherwise. The **Online Occurrence Reporting System** (OORS) is, after all, color-blind and doesn't know who's who in the "protected" category. That is why some teachers are removed immediately from their classrooms without cause (and may never know why) and some stay. Who stays and who goes really is not related to how "nice" the teacher is, or how good, or whether or not the kids love him/her. The decision is made randomly by a Principal and the "higher-ups", the people who read the OORS emails. Then the name is checked for **political connections**, potential whistleblower status, credentials, age, previous allegations, convictions, etc. Questions such as "How much salary is this teacher making?" "Does any politician want to give this person's job to someone?" become relevant. **Tom Robbins of the Village Voice** looked briefly at Regina Loughran, a Deputy at SCI, in 2005:

"**Law and Disorder: Special Victims Unit Investigators say the city's independent schools watchdog has often failed to bark**
Tom Robbins, The Village Voice, December 06, 2005

Back in 1997 police arrested a man named Ronald Taylor, who

UFT, Oct. 30, 2007

**Recommended Links**

**A History of Public School Governance in New York City**
**Abuse Excuse**
**ADA Regulations**
**ADR World**
**American Arbitration Administration**
**Arts Resources**
**Assault in Tort Law**
**BCG Learning for Special Learners**
**Betsy Combier and Polo Colon Speak at the PEP**
**Betsy Combier Speaks Out on the Constitutional Mess Created by Mayoral Control of the New York City Board of Education**
**Brief Serve**
**Can We Tape? And, a Legal Website Directory**
**Change.gov**
**City Room (NY TIMES Blog)**
**Civil Rights Statutes**
**Code of Professional Responsibility For Arbitrators of Labor-Management Disputes**
**Commission on Public Integrity**
**Commission on School Governance**
**Consumer Action**
**CSEA Local 1000**
**DC 37**
**Deliberations**
**Donors Choose**
**Education Law Center Links**
**Education Law Top Stories**
**Educational Facilities Management APPA**
**Empire State News**
**Employee Rights**
**Employment Law Articles - Federal**
**Employment Law Articles - State Law**
**Employment Law Forums**
**Expert Witness Locator**

worked as an assistant public school principal in Harlem. Taylor, 50 years old at the time, easily ranked as a parent's worst nightmare. His arrest came after the mother of a student walked into a local police precinct and reported that Taylor had lured her 15-year-old son to his apartment with an offer to play with his video game collection. He then proceeded to sexually molest him. When cops went to investigate they found Taylor had tricked up his West Harlem apartment as a kids' game room. They also found some 400 X-rated videos.

Unlike a score of school-personnel sex-abuse cases from that era, Taylor's arrest got little news play. The Times ran a short item on an inside page and the Daily News carried one as well, on page 79. The lack of attention was partly because the arrest did not emanate from the efficient publicity machine of Edward Stancik, the late special commissioner for investigation for city schools.

For 12 years until his death in 2002, Stancik's gaunt features were a staple on TV newscasts as he told of corrupt bureaucrats and twisted sex abusers nailed by his office. Such cases made Stancik wildly unpopular in the teachers' union offices and the old Board of Education headquarters on Livingston Street in Brooklyn, where he was viewed as a merciless inquisitor, a publicity hound whose investigations were measured mainly for their TV and news-ink potential.

On the other hand, many politicians, journalists, prosecutors, and parents adored him, viewing Stancik as a valiant warrior against an intractable bureaucracy. So what if he knew how to use the media? What better way to send a message to the public and bad guys alike that wrongdoing won't be tolerated? When Stancik died at age 47 of heart failure in March 2002, there were some misgivings expressed about his occasional overzealousness. But the editorial call was to make sure the watchdog office he'd led didn't lose its fangs.

But a few months after Stancik's death, something unusual in the world of law enforcement happened. A former top investigator in his office, an ex-detective who had been a supervisor there for five years, sat down and wrote two lengthy letters to city officials alleging that a top Stancik deputy named Regina Loughran had dropped the ball in several important cases, either delaying arrests or letting the bad guys get away altogether. In some instances, it was alleged, Loughran had changed cases from being "substantiated" to "unsubstantiated." The complaints were investigated by city attorneys, and several were confirmed. Yet Loughran today remains as powerful as ever, serving as the $151,000 number two official in the special investigators' office. Former and current investigators, both men and women, who spoke under condition of anonymity, told the Voice they were puzzled by the inaction. "If we had caught someone in the education system behaving this way, they'd be long gone," said one former investigator.

Among the cases the investigators cited was that of Ronald Taylor.

According to the former detective and others familiar with the

- Federal Rules: Rule 23
- Fighting City Hall Budget Cuts
- Findlaw
- Fraud Detection
- Free Legal Encyclopedia
- Gangland News Atlantic Express Bribes
- Gotham Gazette
- Gotham Gazette - Wonkster
- Gotham Gazette Archive
- Gotham Gazette City Hall
- GovTrack.us
- HR Policy
- Human Resource Guidebook
- Integrity Report
- Intentional Tort Law
- Internet Fraud of the Week
- ireport
- Issues in Legal Scholarship
- Jurist: Legal News Feeds
- Justice Not Just US
- Justice on Trial
- Law and Justice Institutions
- Law Memo
- Legal Blog Watch
- Legal Times
- Manhattan Institute
- NAPTA: End Teacher Abuse
- NASS Administrative Codes
- National Freedom of Information Coalition
- National Labor Relations Board
- National Legal and Policy Center
- National School Boards Association
- New York City Law Resources
- NY Consolidated Laws
- NY Court Administrative Offices
- NY Employment Rights Law-Brendan Chao
- NY Public Employment Court Decisions
- NY Public Library - Digital Collections
- NY State Labor Site
- NYC Department of Investigation
- NYC DOE School Zones
- NYC Ethics Laws
- NYC Poll Site Locator