Those findings were in turn forwarded to Stancik's successor, Richard J. Condon, a former police commissioner who in the past headed investigative squads for the Manhattan and Queens district attorneys. When Condon took over in June 2002, he retained Loughran, bumping her up a notch to first deputy commissioner. A DOI spokesperson, Emily Gest, said the office hadn't ordered any changes or discipline for Loughran, but had "shared the facts and findings of its investigation, for Commissioner Condon to take any necessary remedial actions." Condon said that he too took the complaints seriously, spending hours wading through old investigative files. "I was not a witness to this history," he said. "Most of these things happened years before I got here."

The standard he used in examining the cases, Condon said, was whether Loughran had had a "rational basis" for her decisions. In two instances—that of the art instructor who had shown the nude photos, and the teacher who had posed the obscene remarks to the student—Condon said he disagreed with Loughran's actions, but cautioned that even this conclusion was "probably unfair."

As for the failure to make a criminal referral in the Bronx sodomy case, Condon said the explanation was simple. "She screwed up. It happens." He noted that the office had handled a total of 1,800 cases during the period under review. Loughran also later told DOI's inquiry that she was "baffled" how she had failed to make the referral, but said if she was to blame so were her former bosses, Stancik and Robert Brenner, who served as Stancik's first deputy commissioner. (Brenner, now with the investigations firm Kroll Inc., did not return calls.)

At the end of the day, however, Condon said he chalked up the complaints to honest disagreements. "I am used to investigators and prosecutors arguing over whether cases should be prosecuted," he said.

Condon told the Daily News' Kathleen Lucadamo, who asked about the probe last month, that he considered Loughran "one of the straightest, most hardworking prosecutors I have ever worked with."

He told the Voice that he'd encountered none of the erratic behavior by Loughran described by the investigators. "I have been here three and a half years working next door to this woman and I have never seen the behavior these people describe," he said.

In a letter to DOI, however, Condon said he had changed office procedures to make sure he personally reads all complaints that come into the office and examines "every substantiated and unsubstantiated case."

Loughran, who declined to speak to the Voice, wrote Condon a lengthy defense of her actions, insisting that her decisions at the office had been "common-sense based and not capricious by any rational standard."

The investigators, past and current, remain unconvinced. "This isn't just disagreeing over cases," said one. "Yeah, there's always tension [in other investigative offices] between the investigators and the prosecutors. But it's always motivated by

### Wired Science
Clever Critters: 8 Best Non-Human Tool Users

### Within the Scope
Board Urges Refusal of Money and Requirements of Adam Walsh Act

### Blog Archive

▼ 2009 (12)
  ▼ January (12)
    Jan 18 (1)
    Jan 15 (1)
    Jan 14 (1)
    Jan 12 (1)
    Jan 11 (1)
    Jan 10 (1)
    Jan 07 (1)
    Jan 06 (1)
    Jan 04 (1)
    Jan 03 (1)
    Jan 02 (1)
    Jan 01 (1)
▶ 2008 (125)

### About Me

Betsy
Parent of 4 children; advocate/writer/editor/researcher; person who cares about people and wants to help resolve problems

View my complete profile

### Disclaimer

This page states the general terms of

respect, and everyone understands they're a team. Here, you don't get that. And they're supposed to be about helping the kids."



I personally have brought documented proof of wrong-doing to SCI about the financial affairs at Stuyvesant High School (I was a parent member of the PA from 1999-2007), and then, in 2006, I received a telephone call from SCI Deputy Commissioner Thomas Fennell, who yelled, "SCI *"would NEVER look into Stuyvesant High School's financial affairs, ever, and dont ever bring Stuyvesant back to this office."*

So, when a teacher asks a question that should never be asked, such as "Where is Jane's IEP?", a Principal has to make a decision to end this teacher's career immediately or not, by reporting something into the OORS which goes to the Special Commissioner of Investigation. The person whose name is entered is now marked as 'trouble'.

How we got here is available in postings that I and others have made on this blog, my website (parentadvocates.org) and in various local newspapers. You will not find the information in the New York Times, the NY Daily News, the NY Post, Newsday, or any other newspaper owned, operated or aligned with either Rupert Murdoch or Mortimer Zuckerman.
Posted by Betsy at 3:04 PM

use under which you, the blog visitor (hereinafter "you", "user", or "visitor") may use NYCrubberroomreporter.blogspot.com. By reading this blog, you agree to all of the terms set forth below. You may reprint, copy, and use any article on this website as long as you do not sell or change the article and you cite this blog as your source. This blog reserves the right, in its sole discretion, to change any or all of the provisions of this "Terms of Use & Disclaimer Agreement" at any time; the agreement in effect at the time of your use shall govern your use and your use after the effective date of any changes to these Terms will be deemed acceptance of your acceptance of the changes. We have followed what we believe to be the guidelines of US Code TITLE 17, Chapter 1, Section 107: FAIR USE: "the fair use of a copyrighted work, including such use by reproduction in copies or phone records or by any other means specified by that section, for purposes such as criticism, comment, news reporting, teaching, scholarship, or research, is not an infringement of copyright." We will, if asked with good reason to remove any material from our site that the original owner feels may jeopardize their standing before the Law, do so. We oppose violence of any kind, disrespect, verbal or physical abuse, and any kind of theft or hurtful behavior toward anyone at any time, and expect all users of this blog to be mindful of these values and use the information we have collected in good faith. We have made every effort to describe the actions, not motives, of public people, and we have supported everything that we post with documents to prove the validity of what we say in order to not make any fraudulent or false claims. We believe that it is a civic duty to expose wrong-doing, and we have the legal right to name the perpetrators who pursue