# ParentAdvocates.org

RULES REGULATIONS & LAWS | RESOURCES | JUST ASKING | STORIES & GRIEVANCES | CURRENT EVENTS | WHAT DO YOU THINK?

Search All

NONE

GOVERNMENT LIES, CORRUPTION AND MISMANAGEMENT                Printable Version >>

### Recent Articles

» Two Reports, "Investigating The Investigators", and 'The Gill Commission Report' (1990) Dont Improve New York City Public Schools

» Outgoing CIA Director Michael Hayden is Rumored to be Warning Barack Obama About Investigating Waterboarding and Other Controversial Activities

» Mayor Sheila Dixon of Baltimore, Maryland, is Indicted Following a Three-Year State Investigation

» Illinois House Members Vote 114-to-1 to Impeach Governor Rod. R. Blagojevich

» Jane Stillwater: How My Small Claims Case Against the Department of Defense Became a Federal Lawsuit

» Whistle-blower James Lindberg Settles His Lawsuit Against the California Department of Education For $4.25 Million

» David Pakter, a NYC Teacher and Whistleblower of the NYC Board of Education's Corrupt Practices, Sues in Federal Court

» MOVING TOWARD A 21ST CENTURY RIGHT-TO-KNOW AGENDA : Recommendations to President-elect Obama and Congress

» Attorney General Andrew Cuomo's Office Does Not Comply With a FOIL Request For Troopergate Salaries

» From Sources: In the Madoff Ponzi Scheme Costing Investors $50 Billion, NY Senator Chuck Schumer May Be a Collaborator

[ Archives » ]

## David Pakter, a NYC Teacher and Whistleblower of the NYC Board of Education's Corrupt Practices, Sues in Federal Court

*Four years and four New York City Board of Education re-assignment centers ("rubber rooms") later, David Pakter completes his journey to hold the New York City Board of Education accountable for taking him away from his very successful career in the New York City public school system as an excellent teacher, and dumping him into the dungeons of the NYC rubber rooms. For what? For trying to expose racial discrimination at one school, and buying plants for the lobby at another. I've been there to see it all, and it's quite a story of retaliation and vindictiveness by the NYC BOE against a teacher who did the right thing and would not be silenced. by Betsy Combier*

Betsy's note: David Pakter is a teacher who will teach again. His lesson will be perhaps not for the children he taught at the High School of Art and Design in New York City, but for adult learners who need to know how to stop the abuse by the New York City Department of Education of teachers who whistleblow what is happening in the City Schools.



*David Pakter, left, with NYC Mayor Rudy Giuliani in 1997*

I dont think there are many people who know David Pakter's story who would say that he was placed in four re-assignment centers ("rubber rooms") in New York City by the New York City Board of Education for good reason - or any reason. His first round of rubber room sitting occurred after he refused, in September 2004, to stand by and allow the Principal of Art and Design to remove music from the multi-ethnic students at this high school, while an elementary class from PS 59 moved into the high school music rooms.(The school has since moved to East 63rd Street - Editor). Pakter asserts that he was viciously retaliated against and harassed because he reported evidence of criminal wrongdoing, including ongoing violations of Federal Civil Rights statutes (as well as unnecessary window construction work and repairs at his school), to the Office of the Special Commissioner of Investigation for the New York City School District.

Specifically, Pakter asserted that the immediate impetus for Pakter to contact both the Office of the Special Commissioner of Investigation and write the Chancellor directly was an act of retaliation perpetrated against Pakter by the school Principal Madeleine Appell, who had determined that the only foreign language that the students were to be exposed to was Spanish -- the language which most of the school's students spoke before they learned English. David had ordered enrichment materials and books on countless occasions, during his 37-year-career, (and been praised for doing so), and had ordered a set of books for his gifted Medical Illustration students titled "French in 10 Minutes a Day" to be used as an enrichment activity. On Friday afternoon, Sept. 26, 2003, an Assistant Principal named Harold Mason

**Solar Energy Charity**

Helping Relieve Poverty Though The Provision of Solar Energy. Join Us!

Public Service Ads by Google

entered Pakter's locked Medical room, at close to 5 PM to present Pakter with a letter formally charging Pakter with ordering and distributing books to his students. The letter cited an enclosed Chancellor's Regulation A-610, entitled "Fund Raising Activities and Collection of Money from Students", said regulation having no relationship to the ordering of books.

David says he was ludicrously charged with ordering the set of French books because the school was determined not to allow the teaching of any language other than Spanish in the school, even to students for whom Spanish was their birth language and that both the Principal as well as the Assistant Principal were fully aware and informed that he had violated no rule or regulation in ordering books for his students.

David videotaped the PS 59 children because he wanted to do the right thing, and expose what he believed to be racial discrimination at the High School of Art and Design. David is a NYC public school teacher, after all, and a mandated reporter of the NYC public school system. The kids from PS 59 were mostly white. In fact, David says, Madeleine Appell, the Principal of A & D High School, had accepted, under a Special Budget line (Blue Print for the Arts), almost $ 75,000 to guarantee Music to the High School students but had in fact, gotten rid of Music at the school. Ms. Appell was a contributor to the writing of "Blueprints For the Visual Arts" - see page. 2, which many people wondered about. Did she give heself a grant? David wanted to know where that money went. He asked the music teacher if he could video the kids from PS 59 for his own use, and she said yes. Approximately one hour after the videotaping, David says that Principal Madeleine Appell entered his classroom and interrupted him while he was teaching, to demand the videotape he had made of the music class -- a demand Pakter refused. He was ordered to attend a meeting after school later that day at which time Principal Appell again repeatedly demanded the Music videotape and which demand was again refused by Pakter.

The following day, Sept. 23, 2004, Principal Madeleine Appell called a Special Faculty Conference after normal school hours to announce that she had decided to retire forthwith as Principal of the school. We hear that she was hired by CUNY Kingsborough Community College.

David adds: "The New York Dept of Education made an offer on or about Sept. 27. 2004 to the effect that if I would surrender a video tape in my possession that documented a serious, unacceptable and illegal form of discrimination taking place at the High School of Art and Design, I would be returned to my former position as Instructor of Medical Illustration."

He again refused, and was quickly removed from the school and assigned to a rubber room. Later, new Principal John Lachky only allowed him one single day, a Saturday, to pack and remove twenty five years of books, personal records and personally owned Medical items from the school premises. In the weeks previous to the single afternoon he was allowed to return to the building, his metal storage cabinets had been entered and rifled through by his immediate supervisor at the school, Mary Ann Geist-Deninno. A police report documents that thousands of dollars of Pakter's property was stolen, removed or destroyed.

David reports that a full half-year after he was removed from the school, he received telephone calls from two different teachers from the school that his former Supervisor, Mary Ann Geist-Deninno entered his former Medical Illustration room accompanied by a computer expert named Amir Faroun and claimed later the same day that she had found "pornographic material" on one of the open access computers that students used on a daily basis. When Ms. Geist-Deninno reported this "discovery" to the Office of Special Investigations, investigators arrived at the school and were stunned

to learn the computer Ms. Geist-Deninno wished them to examine was a computer that everyone in the school had access to day and night Including Ms. Geist-Deninno. The investigators recommended she store the computer in a closet. Four weeks after mailing his letter to the Medical Office, Mr. Lachky, like the previous Principal, chose to retire.

Despite the information stated immediately above, a full five months after Ms. Geist-Deninno reported her "discovery", the former Principal John Lachky wrote and personally signed a letter memorializing Geist-Deninno's "discovery" to the Director of the Medical Office of the New York Department of Education, Dr. Audrey Jacobson, M.D. Mr. Lachky, in reporting Geist-Deninno's "discovery" made 5 months earlier, suggested that Pakter be interviewed by the Medical Office.

David was the teacher for the only medical illustration course in New York City, at the High School for Art and Design. He was cited by Mayor Rudy Giuliani as the 'Teacher of the Year' in 1997. To understand David's case, click here to read a letter he wrote to Chancellor Klein on October 2, 2003 about the racial discrimination in New York public schools, and former NYCBOE Counsel Chad Vignola's response. Chad Vignola was fired by Joel Klein when he allowed Deputy Chancellor Diana Lam to hire her husband for a position in the NYC BOE without getting a clearance from the Conflict of Interest Board. Or so the story goes...(there is always more that the public never hears about).

David explained:
"Sadly, rather than respond to my letter, Chancellor Klein delegated that responsibility to his former General Counsel, Chad Vignola, Esq. who only months after I wrote the Chancellor, was forced to resign in disgrace for his part in the Diana Lam cover up scandal in which Deputy Chancellor Lam attempted to illegally place her husband in a high paying DOE job in a manner contrary to State and
City law.

Any person reading Chad Vignola's letter to me on behalf of Mr. Klein cannot fail to observe that Mr. Vignola fails to address a single issue that was raised in my letter to the Chancellor."

David was ordered to undergo a psychiatric examination by the New York City Department of Education: "The Medical Office has set up an appointment for me to meet with a Psychologist by the name of Dr Richard Schuster, Ph.D., Panel Psychologist, at "Comprehensive Rehabilitation Consultants", at 275 Madison Avenue, New York, NY 10016, on Friday, August 19, 2005." Although he was informed he would be interviewed by Schuster for about five hours, David in fact was asked to spend two full consecutive days at Schuster's office taking over fifty pages of examinations.

On the second day, July 27, 2005, Schuster administered a version of the 567 question MMPI-2 Minnesota Multiphasic Personality Inventory, which had just been declared an illegal employee Medical Examination in a Unanimous Seventh Circuit panel decision, six weeks earlier (See: Unanimous Seventh Circuit panel, Karraker v. Rent-A-Center, Inc., 2005 U.S. App. LEXIS 11142 ,June 14, 2005). Then on August 16, 2005, he received a letter from the Medical Office, signed by the Medical Director, Dr. Audrey Jacobson, M.D., stating that based on the examinations Schuster had administered, Pakter was "not currently fit for duty".

David says that Dr. Jacobson signed that letter, which effectively ended Pakter's employment with the New York City Dept. of Education, despite the fact that Pakter was later informed that Dr Jacobson had never bothered to read the complete official version of the results of the MMPI Examination administered on her orders, which stated on several different pages, in particular page 3: