

**Richard J. Condon**
**Special Commissioner**

- Home
- Administration
- Reporting Obligations
- Press Releases
- Reports
- Contact Us
- Related Links

Don't Let
Corruption & Crime
Rob Your Child
Of An Education!



Special Commissioner Toll Free Hot Line 1-877-888-TELL (8355)

A message from the Special Commissioner

The Office of the Special Commissioner of Investigation has broad authority to investigate fraud, misconduct, conflicts of interest, and other wrongdoing within the New York City School District.

SCI was created pursuant to Mayoral Executive Order 11 of 1990 and Chapter 34 of the New York City Charter and operates independently of the Chancellor and the Department of Education. Special Commissioner Richard J. Condon is a Deputy Commissioner to Department of Investigation Commissioner Rose Gill Hearn.

To learn about some of SCI's investigations, click on Reports or Press Releases.

To make a complaint, Contact Us at our 7-day/24-hour hotline: (212) 510-1500. All calls are confidential. Whistleblowers are protected.

Please Download Free Reader



**Home | Administration | Press | Reports | Contact Us**
**| Related Links |**