

## A Message from the Special Commissioner

The hurdles a student in the New York City school system faces each day should not include verbal harassment, physical contact, or sexual abuse by school employees. Theft of precious financial resources, corrupt practices, and mismanagement pose a different, but still unwelcome burden on the system.

My office is committed to the safety and welfare of the City's student population and a major portion of our work involves investigations of those who would prey on schoolchildren. At the same time, we pursue fraud and waste and have been successful in returning City funds that have been misappropriated by Department of Education employees and vendors.

You can help. Whether you work in the system, are a parent, a taxpayer, or a concerned individual, if you suspect wrongdoing at your local public school or elsewhere within the New York City Department of Education, contact us. Your identity can be kept confidential and City employees are protected against retaliation in the workplace.

---

**Home | Administration | Public | Reports | Contact Us**

**| Related Links |**