| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>_____<br>DAVID PAKTER,<br>                     Plaintiff,<br>   -against<br>NEW YORK CITY DEPARTMENT OF EDUCATION<br>f/k/a BOARD OF EDUCATION OF THE CITY SCHOOL<br>DISTRICT OF THE CITY OF NEW YORK;  and  JOEL I.<br>KLEIN, as Chancellor of the CITY SCHOOL DISTRICT<br>OF THE CITY OF NEW YORK;,<br>                     Defendants.<br>_____ | **DECLARATION OF<br>DAVID PAKTER**<br>ECF CASE 08 CV 7673<br>(DAB)/(KNF) |

DAVID PAKTER declares pursuant to 28 U.SC. §1749 and subject to penalties of perjury that the following is true and correct.

1. I have carefully reviewed Plaintiff's Memorandum of Law in Opposition to Defendants Motion to Dismiss the Complaint, signed on January 26, 2009 by my attorney Joy Hochstadt.

2. With regard to all assertions and facts contained therein, that pertain to me, my experiences, my actions and concerns, I have checked the memorandum for accuracy and truthfulness.

3. I have assisted my attorney in relating incidents, words, facts and occurrences that pertain to me and herein declare that the final document filed with the Court and served on Defendants is completely accurate, truthful, and fairly represents the facts as I know them.

Dated: New York, New York          By ECF    /s/
       January 27, 2009               David Pakter