UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X   (ECF CASE)

DAVID PAKTER,

                              Plaintiff,    :   08-cv-7673 (DAB)(KNF)

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION
    f/k/a BOARD OF EDUCATION OF THE CITY
    SCHOOL DISTRICT OF THE CITY OF NEW YORK;    :   **NOTICE OF FILING**
Et al.,                                                                                      :   **Appendix - Section 2**
                              Defendants.  :

------------------------------------------------------------------- X

Joy Hochstadt declares and says:

1. I am the Plaintiff's counsel in this matter.

2. With this Notice, I am providing the Court with an electronic copy of the Section 2 to the *"Appendix of Documents in Further Support of Allegations as Set Forth in the Amended Complaint"*.

3. The Appendix is being divided into Different Sections so that it can be uploaded and does not exceed the maximum allowed amount of 2.5 KB per attachment.

4. A courtesy hard copy and electronic disk are also being provided to the Hon. Deborah A. Batts, USDJ.

Dated: New York, New York                /s/ (electronic signature)
       April 26, 2009                          Joy Hochstadt Esq. (JH-0935)
                                                   JOY HOCHSTADT P.C.
                                                   300 Central Park West, Suite 2 - E
                                                   New York, New York 10024
                                                   Tel. (212) 580-9930
                                                   Plaintiff's Counsel

| Page #s | Description / Relevance of Document |
|---|---|

# SECTION 2 – Pages 150 – 200

## (pages 197 – 200 reserved)

## What Motivated David Pakter & How His Colleagues Praised Him !

| Page #s | Description / Relevance of Document |
|---|---|
| 151 – 152 | National Study Uncovers Public School Racial Discrimination "The inequality is persistent and pervasive and amounts to a deep pattern of institutional racism in US public schools" … The gap in educational achievement represents a pattern of racial discrimination" |
|  | Pakter fights to give his students and minorities at his school equal educational opportunities and is praised for it – until 2003. |
| 153 - 158 | 2003 Accolades from Defendant Principal Appell |
| 159 – 160 | 2003 Accolades from Defendant Ass't Principal Geist Dennino |
| 161 – 162 | 2000 Accolades from Defendant Ass't Principal Lachky |
| 163 – 164 | 2000 Accolades from Defendant Ass't Principal Burack & 2001 from Principal Eisman |
| 165 – 168 | 1997 - 1999 More Accolades from Defendant Ass't Principal Lachky |
| 169 – 170 | 1996 Accolades from Principal Embriano |
| 171 – 172 | 1996 Accolades from Principal Cagle |
| 173 | 1996 Accolades from Outside Agency National Executive Service Corp |
| 174 – 175 | 1995 – More Accolades from Principal Lachky |

| Page #s | Description / Relevance of Document |
|---|---|
| 176 | 1995 – More Accolades from Principal Cagle |
| 177 – 191 | 1991 - 1995 – More Accolades from Ass't Principal Lachky |
| 192 – 196 | 1982 – 1990 – Misc. Accolades from Principals & Supervisors |

*Note: It was same Defendants (such as Appell, Lachky and Geist-Dennino) who praised Pakter from throughout the period from 1990s to 2003 but then based on events as described below in 2003 / 2004 started to later target Pakter including those who later targeted Pakter because, among other things,*

- *they viewed Pakter as a threat to their positions and "fiefdoms" within the NYC public school system,*

- *they viewed Pakter as a threat to the continued intentional discrimination against minority students (of color) that Pakter discovered within the NYC public school system (at least at his High School of Art & Design ("HS A&D");*

- *They viewed Pakter as a threat who could expose the potentially criminal and/or negligent misdirection / misuse of dedicated educational funds for minority student programming at HS A&D;*

- *They viewed Pakter as a threat who could expose other discriminatory policies (against students and teachers) in the NYC public school; and*

- *Pakter's exercise of his 1st Amendment rights to speak out against the policies he believed were discriminatory and in violation of students and his rights threatened their future and job security.*