



# The City of New York

# Certificate of Recognition

Know ye by these presents that I

Rudolph W. Giuliani

Mayor of the City of New York

do hereby present this award

to

## David Pakter

*For outstanding achievement as a vocational school teacher in our City's Public Schools, your work with parents and with the community, your solid and innovative teaching methods, and your ability to create a stimulating learning environment.*

In witness whereof, I have hereunto set my hand and caused the Seal of the City of New York to be affixed this fourth day of June, 1997.

*Rudolph W. Giuliani*
Mayor



THE CITY OF NEW YORK
OFFICE OF THE MAYOR
NEW YORK, N.Y. 10007

NINFA SEGARRA
DEPUTY MAYOR
EDUCATION AND HUMAN SERVICES

May 23, 1997

Mr. David Pakter
Art & Design High School
1075 Second Avenue
New York, NY 10022

Dear Mr. Pakter:

    I am writing to inform you that you have been selected as a recipient of the Mayor's Award of Recognition for Vocational School Teachers. Congratulations on being one of approximately 30 vocational school teachers chosen for their extraordinary efforts during and beyond normal class hours. Your commitment to our City's students will be honored at a ceremony on June 4, 1997 from 5:00-7:00 p.m. in the Public Hearing Chamber of City Hall.

    You will be receiving a formal invitation in the mail shortly. These invitations will allow you to bring up to 8 family members and friends to the ceremony and reception to follow (please remember to r.s.v.p. to Special Projects at 212-788-2555). We will also invite your principal, superintendent, Board of Education members and staff as well as UFT officials. Since the bulk of the audience will be your guests, please feel free to use your allotted amount.

    We are very proud of your achievements and look forward to meeting you on June 4.

Sincerely,

*Ninfa Segarra*

Ninfa Segarra
Deputy Mayor



THE CITY OF NEW YORK
OFFICE OF THE MAYOR
NEW YORK, N.Y. 10007

**FOR IMMEDIATE RELEASE**
Wednesday, June 4, 1997

Release #320-97
www.ci.nyc.ny.us

CONTACT: Colleen Roche (212)788-2958
Nydia Negron (212) 788-9263

## MAYOR GIULIANI HONORS 35 NEW YORK CITY VOCATIONAL TEACHERS AT CITY HALL CEREMONY

Mayor Rudolph W. Giuliani this evening presented 35 New York City vocational school teachers with the Mayor's *Vocational School Teachers Award* in honor of their outstanding work with students both in and out of the classroom.

"Today we recognize the best vocational teachers in the City," said Mayor Giuliani. "You are the most dedicated members of a group whose work often goes unheralded. You help fulfill young people's dreams and channel their energy into constructive enterprises. Teachers like you in the public school system teach students for a lifetime. For this we are honoring you here tonight."

Joining the Mayor at a City Hall ceremony and reception were Deputy Mayor Ninfa Segarra, Deputy Chancellor for Instruction Dr. Judith Rizzo and Vice-President of Vocational Schools for the United Federation of Teachers Frank Carucci. Tiffany & Co. and Emily's Restaurant sponsored the event.

"Vocational education is an essential but often neglected need in our educational system," the Mayor added. "Whether it is teaching students carpentry, electronics or computers, instilling in them an entrepreneurial spirit, or bringing special education and practical skills together, vocational educators have brought the real world to the classroom. Those of you here tonight have acted as mentors for your students, passing on your knowledge to future generations."

(OVER)

Pakter v NYC DOE et al 08-cv-7673(DAB) – Appendix to Amended Complaint – Page 4



The Mayor of the City of New York
Rudolph W. Giuliani

requests the pleasure of your company
at a ceremony to honor

# New York City Vocational School Teachers

Wednesday, June 4, 1997
4:30 p.m. until 6:30 p.m.

Public Hearing Chamber
City Hall

Please respond by phone (212) 788-2555
(This invitation serves as your admission ticket)

Reception Immediately Following

Invitation Non-Transferable

event code: 4512

---

*City Hall and the Tweed Building are accessible by public transportation.*

Subway:  #4, #5, #6 trains to City Hall/Brooklyn Bridge
#2, #3 trains to Park Place
#N, #R trains to City Hall
Bus:  M15 to City Hall/Park Row

*There is no parking in the immediate vicinity of City Hall and the Tweed Building. The following list of garages is included for your convenience:*

Kinney Parking
(Municipal Parking)
103 Park Row
(212) 285-9088

GGMC Parking Lot
91 Murray Street
(corner of Greenwich Street)
(212) 962-9630

Broad Church Parking Corp.
73-75 Reade Street
(bet. Church St. & Broadway)
(212) 577-9039

Realty Asoc. Parking Garage
57 Ann Street
(bet. Nassau & William Sts.)
(212) 732-2942



BOARD·OF·EDUCATION·OF·THE·CITY·OF·NEW·YORK
# DIPLOMA
## HIGH·SCHOOL·OF·MUSIC·AND·ART

THIS·IS·TO·CERTIFY·THAT

*David L. Pakter*

HAS·COMPLETED·THE

## ACADEMIC·COURSE·OF·STUDY
WITH·MAJOR·ART

WITH·A·SATISFACTORY·RECORD·IN·SCHOLARSHIP, BEHAVIOR
AND·CITIZENSHIP·AND·HAS·MERITED·GRADUATION

JUNE · 1962

PRESIDENT BOARD OF EDUCATION

SUPERINTENDENT OF SCHOOLS

ASSOCIATE SUPERINTENDENT — PRINCIPAL



Pakter v NYC DOE et al 08-cv-7673(DAB) – Appendix to Amended Complaint – Page 6



**BOARD OF EDUCATION OF THE CITY OF NEW YORK**
**HIGH SCHOOL OF MUSIC & ART**

*Certificate of Excellence*

Presented by the Department of
_Art_

to

_David Pakter_

FOR EXCEPTIONAL ACHIEVEMENT
_La Guardia Award_

Date _June 1962_

_Louis H Wechsler_, Principal

_[signature]_, Chairman of Department





Pakter v NYC DOE et al 08-cv-7673(DAB) – Appendix to Amended Complaint – Page 8



# GRADUATION

## HIGH SCHOOL OF MUSIC AND ART

JUNE 27th, 1962  •  CARNEGIE HALL

MCMLXII

Peltzer v NYC DOE et al 08-cv-7579(DAB) – Appendix to Amended Complaint – Page 9

# AWARDS

BENJAMIN STEIGMAN AWARDS .................................... PRESENTED BY THE PARENTS' ASSOCIATION
   For Creative Achievement in Art .......................................................................................... MAXINE EILER
   For Creative Achievement in Music ...................................................................................... MARSHA WEISS

AWARDS FOR COOPERATION IN GOVERNMENT .................................... EVELYN ACKERMAN,
   STEVEN CARVER, OLIVIA COLE, PETER EISENSTADTER, NINA
   FELSHIN, CHRISTOPHER GOLDSMITH, CATHY HALL, PAUL F.
   HIRSCH, LYNN PHILLIPS, ELIZABETH SAXE, BERNARD SCAVELLA,
   MICHAEL SHERMAN, JUDITH SOLOW, SHERRY SURIS

GENEROSO POPE SCHOLARSHIP .............................................................................. JONATHAN DAVIS

PARENTS' ASSOCIATION SCHOLARSHIPS .................... CLEMENT AIDONE, RICHARD ASCHENBRAND,
   STUART BRANOWITZ, SHIRLEY CONNOUGHTON, MAXINE EILER, BARBARA EPSTEIN,
   RONALD GROSS, MARIO KUJAWSKI, SUSAN NEUMANN, DONALD PERULLO,
   KARIN TEKSAL, MARSHA WEISS, SUSAN ZUCKERMAN

CLASS OF '61 SCHOLARSHIPS .............................................. ANITA EHRLICH, JACK GROOTHUIS

SIMON SIMONSON AWARD FOR OUTSTANDING SOCIAL SERVICE ........................ SALLY ANN ROTH

GRAND STREET BOYS' FOUNDATION AWARD FOR EXCELLENCE ................... MICHAEL SHERMAN

FAITH REGINA SHAW AWARD FOR VOCAL EXCELLENCE .............................. RENEE BALDWIN

LOIS HAMERSCHLAG SCHOLARSHIP FOR MUSICAL ACHIEVEMENT .................... EDGAR GOMEZ

MAYOR'S SCHOLASTIC ACHIEVEMENT AWARDS .................... EVELYN ACKERMAN, LESTER KNIBBS,
   NINA FELSHIN, JONATHAN DAVIS, GEORGE MAPP, LINDA BLOCH, MARIO KUJAWSKI

JOSEPH PARKER MEMORIAL AWARD ................................................................ MARIO KUJAWSKI

AWARDS FOR OUTSTANDING SCHOLARSHIP
   Phi Beta Kappa Alumni Award for Boys ............................................................ JONATHAN DAVIS
   Phi Beta Kappa Alumni Award for Girls ............................................................ EVELYN ACKERMAN

→ LA GUARDIA AWARDS
   In Art ......................................................................................................................... DAVID PAKTER ✱
   In Music ............................................................................... ANN EISENSTEIN, ERNEST MILLER

PARENTS' ASSOCIATION AWARDS IN ART AND MUSIC

   *In Art*
   Advertising Arts ........................................................ RICHARD ASCHENBRAND, SUSAN ZACOTINSKY
   Architecture ................................................................. STANLEY FELDERMAN, PATRICK STANIGAR
   Costume Design ........................................................................ NILDA GOMEZ, PETER RIBANDO
   Drawing ........................................................................ MILTON EDWARDS, JUDY DORFMAN
   Painting .................................................................................. LYNN PHILLIPS, JANET YEATES
   Sculptural Arts ............................................................................................ MARIO KUJAWSKI
   Graphic Arts ............................................................................ KENDRA CROSSEN, ROBERT RIVERA

   *In Music*
   Accompaniment ................................................................. BERNARD KATZMAN, SANDRA MILLER
   Chamber Music .................................................................................. JOEL LESTER, MARSHA WEISS
   Composition .................................................................... JAMES GREENBERG, LESTER KNIBBS
   Dance Band .......................................................................................................... FRED THALER
   Instrument .......................................................................................................... EDGAR GOMEZ
   Voice ............................................................... CAROL FLECHNER, ANN HESS, ERNEST MILLER
   Theory ........................................ JUDITH BENARI, CARLEEN BENNETT, CHARLENE HARRIS
   Conducting ............................................................................. SUSAN FRIEDMAN, MERLE SCHWARTZ

MUSIC CHAIRMEN'S ASSOCIATION AWARD ............................... CHARLES RAPS, BIANCA SAULER

ART CHAIRMEN'S ASSOCIATION AWARD ....................................................... JOANN KAPLAN

INTERNATIONAL GRAPHIC ARTS EDUCATION MEDAL ................................ CAROLYN SCHENCK

SCHOOL ART LEAGUE AWARDS
   Alexander Medal ....................................................................... SHARON GILBERT, IRIS TATIAN
   St. Gaudens Medal ........................................................ RICHARD EISENBERG, JOANN KAPLAN
   Youth Friends Association Award ........................................... OLIVIA COLE, JUDITH N. KATZ

AWARDS IN FOREIGN LANGUAGES
   AATF Awards ...................................................................... EVELYN ACKERMAN, SUSAN COHEN
   Alliance Francaise Scholarship ................................................................... PHYLLIS GREENMAN
   AATS Awards ............................................................................. SUSAN WISAN, JOEL LESTER
   Pan American Medal ............................................................................................. KATHLEEN BLAU
   Hebrew Awards ............................................................................. NANCY FIELDS, SARAH SHONBRON
   Department Awards ................................. *Italian*—VALERIE WALDHORN, MARION SCOTTO.
   *French*—MARLENE RICHLAND, LILLIAN WIENER, JOAN FOX.
   *Spanish*—KARIN TEKSAL, CARYL FISHER, ELIZABETH MUELLER, RUTH QUELLER

AWARDS IN ENGLISH
   Distinguished Achievement ............................................................................ THEA GOLDSTINE
   Noteworthy Achievement and Sustained Excellence ............................................. LIORA SPIRA

AWARDS IN HEALTH EDUCATION
   P.S.A.L. Gold Medals .................................................... CAROLE TURNER, RICHARD GLAZER
   Underhill Memorial Certificate ................................................................... CAROLE TURNER
   Wingate Memorial Medal ............................................................................... JOHN CHANDLER

AWARDS IN MATHEMATICS .................... EVELYN ACKERMAN, DAVID ANCHEL, CAROL KLINGER

AWARDS IN SCIENCE
   Bausch and Lomb Award for Excellence in Science ................... EVELYN ACKERMAN, GEORGE MAPP
   Dr. Ralph E. Horton Award for Excellence in Science ......................................... JONATHAN DAVIS
   Biology Teachers Club Award ............................................................................. GUNDUZ GUCER
   Chemistry Teachers Club Award .................................................................... MIRIAM GOFSEYEFF
   Physics Teachers Club Award .............................................................................. FRED FURGANG
   Tanzer Memorial ............................................................................................... GUNDUZ GUCER

AWARDS IN SOCIAL STUDIES .................................... EVELYN ACKERMAN, CAROL BENGELSDORF,
   JONATHAN DAVIS, DAVID LEEMAN, TERRY SCHWARTZ, KARIN TEKSAL

-----------------------------------