UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

DAVID PAKTER,

                                      Plaintiff,

                  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION f/k/a BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF NEW YORK; and JOEL I KLEIN, as Chancellor of the CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                                      Defendants.

**NOTICE OF MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927**

08-CV-7673 (DAB)(KNF)

---------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Larry R. Martinez, dated April 20, 2010, the City Defendants' Memorandum of Law in Support of their Motion to for Sanctions Pursuant to 28 U.S.C. § 1927, dated April 20, 2010, and all papers and proceedings heretofore had herein, attorney for City defendants the New York City Board of Education ( "DOE") and Joel I. Klein, as Chancellor of the New York City Board of Education, Dr. Audrey Jacobson, Judith Rivera, Michael LaForgia, Philip Crowe, Sonia Stewart, Alexis Penzell, Madeline Appell, Mary Ann Geist - Deninno, John Lachky, Hilda Nieto, Giovanni Raschilla, Dr. Ann Garner, Dr. Eliane Meyer and Harold Mason (collectively "City Defendants") in this action, will move this Court, before the Honorable Kevin Nathanial Fox, United States Magistrate Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an Order pursuant to 28 U.S.C. § 1927 "setting forth the excess costs, expenses and attorneys' fees reasonably incurred because of the plaintiff's

counsel," Joy Hochstadt's conduct and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Order of the Honorable Kevin Nathanial Fox, dated April 5, 2010, answering papers, if any, must be served upon the undersigned on or before May 5, 2010, and reply papers, if any, will be served upon the plaintiff on or before May 10, 2010.

Dated:      New York, New York
            April 14, 2010

                     **MICHAEL A. CARDOZO**
                     Corporation Counsel of the
                       City of New York
                     Attorney for Defendants
                     100 Church Street, Room 2-314
                     New York, New York 10007
                     (212) 227-3153
                     lmartine@law.nyc.gov

By:     **ECF**       **/s/**
       Larry R. Martinez
       Assistant Corporation Counsel

TO:     **JOY HOCHSTADT, ESQ.**
       Attorney for Plaintiff
       3000 Central Park West, Suite 2E
       New York, New York 10024
       (212) 580-9930