United States District Court for the Southern District Of New York
Case Number 08 CIV. 7673 (DAB)(KNF)
-------------------------------------------------------X
DAVID PAKTER.

                      Plaintiff,

    - against -

NEW YORK CITY, DEPARTMENT OF
EDUCATION, JOEL I. KLEIN,
CHANCELLOR, officially and individually *et al.*

                      Defendants.
-------------------------------------------------------X

**NOTICE OF APPEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 20 APR 2010

Notice is hereby given that DAVID PAKTER, Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment Dismissal of the Complaint entered in this action on March 23, 2010.

Dated: New York, New York
        April 14, 2010

                                  JOY HOCHSTADT, P.C.
                                  Attorney for the Petitioner-Appellant
                                  300 Central Park West, Suite 2E
                                  New York, New York 10024-1513
                                  212 580 9930 (voice);212 580 9322 (fax)

By: _____
      Joy Hochstadt (JH0935; SDNY); (09-196095; 2d Cir.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID PAKTER,

                       Plaintiff,

   -against-

NEW YORK CITY DEPARTMENT OF EDUCATION
f/k/a BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK; and JOEL I.
KLEIN, as Chancellor of the CITY SCHOOL DISTRICT
OF THE CITY OF NEW YORK;

                       Defendants

**DECLARATION OF SERVICE**
ECF CASE 08 CV 7673 (DAB)/(KNF)

JOY HOCHSTADT declares pursuant to 28 U.SC. §1749 and subject to penalties of perjury that the following is true and correct:

1. I am the Attorney for the Plaintiff in the above captioned case.

2. I have today personally served NOTICE OF APPEAL in the above captioned case on the Law Department of the City of New York Office of the Corporation Counsel, Communications and Docketing Window, Jerry Bradshaw, supervisor, 100 Church Street, 4th Floor, New York New York 10007-2601.

                                        JOY HOCHSTADT, P.C.

                                        Attorneys for Plaintiff
                                        300 Central Park West
                                        New York, New York 10024

                                        */s/ Joy Hochstadt*

                                        Joy Hochstadt (JH0935)

Accepted by Corp. Counsel, Law Dept. City of New York

United States District Court for the Southern District Of New York
Case Number 08 CIV. 7673 (DAB)(KNF)
----------------------------------------------------X
DAVID PAKTER,

                Plaintiff,

- against -

NEW YORK CITY, DEPARTMENT OF
EDUCATION, JOEL I. KLEIN,
CHANCELLOR, officially and individually *et al.*

                Defendants.
----------------------------------------------------X

**NOTICE OF APPEAL**

Notice is hereby given that DAVID PAKTER, Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment of Dismissal of the Complaint entered in this action on March 23, 2010.

Dated: New York, New York
       April 14, 2010

                      JOY HOCHSTADT, P.C.
                      Attorney for the Petitioner-Appellant
                      300 Central Park West, Suite 2E
                      New York, New York 10024-1513
                      212 580 9930 (voice); 212 580 9322 (fax)

By: _____
      Joy Hochstadt (JH0935; SDNY); (09-196095; 2d Cir.)

2010 APR 16  PM 5:51
EDUCATION

United States District Court for the Southern District Of New York
Case Number 08 CIV. 7673 (DAB)(KNF)
----------------------------------------------------------X
DAVID PAKTER,

                Plaintiff,                       **NOTICE OF APPEAL**

    - against -

NEW YORK CITY, DEPARTMENT OF
EDUCATION, JOEL I. KLEIN,
CHANCELLOR, officially and individually *et al.*

                Defendants.
----------------------------------------------------------X

    Notice is hereby given that DAVID PAKTER, Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment of Dismissal of the Complaint entered in this action on March 23, 2010.

Dated: New York, New York
       April 14, 2010

                                        JOY HOCHSTADT, P.C.
                                        Attorney for the Petitioner-Appellant
                                        300 Central Park West, Suite 2E
                                        New York, New York 10024-1513
                                        212 580 9930 (voice);212 580 9322 (fax)

By: _____
      Joy Hochstadt (JH0935; SDNY); (09-196095; 2d Cir.)