08cv7673(DAB)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22nd day of June, two thousand and ten,

_____

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2010
```

David Pakter,

Plaintiff - Appellant,

v.

New York City Department of Education, FKA Board of Education of the City School District of The City of New York, Joel I. Klein, as chancellor of the City School District of the City of New York, Michael LaForgia, Judith Rivera, Philip Crowe, Sonia Stuart, Alexis Penzell, Madeleine Appell, Mary Ann Geist-Deninno, John Lachky, Harold Mason, Hilda Nieto, Giovanni Raschilla, Audrey Jacobson, Dr., Eliane Meyer, Dr., Richard Schuster, Dr.,

Defendants - Appellees.

_____

**ORDER**
Docket Number: 10-1477

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

The stipulations are hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe, Clerk

Anna Greenidge, Deputy Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 06/22/2010